DARIAN LAMAR BROWN
822 E 7TH ST
LAUREL, MS 39440

EZPAY
910 SAWMILL RD
STE 205
LAUREL, MS 39440

RICKY PITTMAN
822 E 7TH ST
LAUREL, MS 39440

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

FAMILY CHOICE FINANCIA
3208 SERVICE DR
STE E
PEARL, MS 39208

SUMMIT
702 S LAUREL ST
SUMMIT, MS 39666

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SUNBELT FCU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402

APEX LOANS
105 S 16TH AVE
STE B
LAUREL, MS 39440

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

ATLAS CREDIT CARD
ATTN: BANKRUPTCY
300 COVENTRY ROAD
KENSINGTON, CA 94707

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

BURCH FINANCIAL
956 N 16TH AVE
LAUREL, MS 39440

LVNV FUNDING LLC
RESURGENT CAPITAL SERVI
PO BOX 1269
GREENVILLE, SC 29602

WAYNESBORO FINANCE
714 SPRING ST
WAYNESBORO, MS 39367

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607

CMB FIN SERV
325 WEST PINE ST
HATTIESBURG, MS 39401

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

COASTAL CU
P.O. BOX 503
BILOXI, MS 39533

PINE BELT CREDIT LLC
120 N 15TH AVE
LAUREL, MS 39440