**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DARIAN LAMAR BROWN** **Bankruptcy No. 26-51271-KMS**

# NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, B. Joey Hood, II of the law firm of B. Joey Hood II, Attorney at Law, PLLC, hereby enters his appearance as attorney for Family Choice Financial, Inc. – Laurel Branch, and requests that all documents, pleadings, and mailings be sent to B. Joey Hood II, Attorney at Law, PLLC.

Please add the following names and address to the list of creditors:

B. Joey Hood, II
B. Joey Hood II, Attorney at Law, PLLC
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
(662) 285-4663

Date: August 28, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II
Its Attorney

## CERTIFICATE OF SERVICE

I, B. Joey Hood, II, attorney for Family Choice Financial, Inc. – Laurel Branch, do hereby certify that the following have been served electronically via ECF with a copy of the above document.

1. Thomas Carl Rollins, Jr. trollins@therollinsfirm.com
2. U.S. Trustee USTPRegion05.JA.ECF@usdoj.gov
3. David Rawlings ecfnotices@rawlings13.net

Date: August 28, 2026

/s/ B. Joey Hood, II
B. Joey Hood, II

B. Joey Hood, II
Attorney at Law, PLLC
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com