Certificate Number: 17082-MSS-DE-041398758

Bankruptcy Case Number: 26-51271

17082-MSS-DE-041398758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2026, at 9:48 o'clock PM MST, DARIAN L BROWN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: September 2, 2026

By: /s/Boglarka Brown

Name: Boglarka Brown

Title: Certified Credit Counselor