MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Darian Lamar Brown

Debtor(s)

Case No.: 26-51271

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Family Choice Financial Inc., a
[Name of Corporate Party]

**[Check One]**

- ☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- ☐ Corporate Debtor **FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/17/2026

/s/ B. Joey Hood, II
Attorney Signature

B. Joey Hood, II
Attorney Name

101147
State Bar Number

P.O. Box 759
Address

Ackerman, MS 39735
City, State, and Zip Code

(662) 285-4663
Telephone Number

notices@jhoodlaw.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**