# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51271 **Case Name:** Darian Lamar Brown

**Set:** 10/13/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Family Choice Financial Inc. - Laurel Branch (Dkt. #18) - AGREED ORDER TO BE SUBMITTED BY HOOD; CALLED IN BY HOOD'S OFFICE.

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) Hood to submit an Agreed Order on the Objection filed by Family Choice Financial [18]. Order due by 10/27/2026. Confirmation hearing removed. (mcc)