**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:** **BANKRUPTCY PROCEEDING**

**DARIAN LAMAR BROWN** **CASE NUMBER: 26-51271 KMS**

---

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**DARIAN LAMAR BROWN, DEBTOR,**
**RICKEY K. PITTMAN, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

---

**MOTION FOR TERMINATION OF §1301 CO-DEBTOR STAY**

---

COMES NOW Sunbelt Federal Credit Union ("Sunbelt"), by and through its attorney, and files this its Motion for Termination of §1301 Co-Debtor Stay, and in support thereof would show unto the Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11 U.S.C. §105, and 11 U.S.C. §1301, and related code sections and rules.

2.

On August 5, 2025, Darian Lamar Brown ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

Prior to the filing of the bankruptcy petition, on July 7, 2023, the Debtor and Rickey K.

Pittman executed a Loan Disclosure, Promissory Note and Security Agreement to Sunbelt in the amount of $8,947.37. A copy of the loan document is attached as Exhibit "1".

4.

The note is unsecured. The Debtor is not paying the loan. Rickey K. Pittman is a co-debtor. The balance due as of October 6, 2026 was $1,699.61 with a per diem of $0.78.

5.

Sunbelt requests that the §1301 co-debtor stay be terminated to allow Sunbelt to collect its loan from Rickey K. Pittman.

WHEREFORE, Sunbelt Federal Credit Union requests the Court to find that its Motion for Termination of§1301 Co-Debtor Stay is well taken and should be granted.

Respectfully submitted,

SUNBELT FEDERAL CREDIT UNION

BY: s / Derek A. Henderson
DEREK A. HENDERSON
Attorney for Sunbelt Federal Credit Union

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via United States Mail, postage prepaid, or via the ECF Notification Service, a true and correct copy of the above and foregoing Motion for Termination of §1301 Co-Debtor Stay to the following:

Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

David Rawlings
Chapter 13 Trustee
ecfnotices@rawlings13.net

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

Rickey K. Pittman
822 E. 7th Street
Laurel, MS 39440

This, the 13th day of October 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**DEREK A. HENDERSON, MSB #2260**
**ANNA CLAIRE HENDERSON, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, Mississippi 39216**
**(601) 948-3167**
**derek@derekhendersonlaw.com**
**annaclaire@derekhendersonlaw.com**