**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DARIAN LAMAR BROWN** **Bankruptcy No. 26-51271-KMS**

# AGREED ORDER

This matter came on before the Court on the Objection to Confirmation (Docket No. 18) filed by Family Choice Financial, Inc. - Laurel Branch ("Family Choice"), and parties having announced agreement as to the disputed issues between them, the Court, does hereby sustain the Objection and Orders as follows:

The Debtor's plan shall be and is hereby amended to pay Family Choice $1,200.00 plus 8.5% interest for its secured claim over the plan term. The remaining $713.91 is to be treated as general unsecured claim. ( Claim #16)

That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

***## END OF ORDER ##***

**SUBMITTED BY:**

***/s/ B. Joey Hood, II***
B. Joey Hood, II
Attorney for Creditor
Post Office Box 759
Ackerman, MS 39735
Telephone (662) 285-4663
notices@jhoodlaw.com
MBN: 101147

**AGREED AND APPROVED**:

/s/ Thomas Carl Rollins, Jr. ( with permission)
Thomas Carl Rollins, Jr.
Attorney for Debtor

/s/Samuel J. Duncan, Atty for
David Rawlings
Chapter 13 Trustee