United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51271-KMS
Darian Lamar Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 3
Date Rcvd: Oct 28, 2026 Form ID: n032 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Darian Lamar Brown, Rickey K. Pittman, 822 E 7th St, Laurel, MS 39440-3604 |
| cr | + | Family Choice Financial, Inc. - Waynesboro Branch, 801 Court Street, Waynesboro, MS 39367-2429 |
| 5705855 | + | Apex Loans, LLC, 105 S 16th Ave, Suite B, Laurel, MS 39440-4170 |
| 5705861 | + | EZPay, 910 Sawmill Rd, Ste 205, Laurel, MS 39440-3951 |
| 5732986 | + | Family Choice Financial, Inc.- Laurel Branch, 1717 Gilbreath Drive, Laurel, MS 39440-1804 |
| 5705869 | + | Pine Belt Credit LLC, 120 N 15th Ave, Laurel, MS 39440-4120 |
| 5705870 | + | Ricky Pittman, 822 E 7th St, Laurel, MS 39440-3604 |
| 5705871 | + | Summit, 702 S Laurel St, Summit, MS 39666-9488 |
| 5711762 | + | Summit Financial Services, Corp, 105 S 16th Ave, Suite C, Laurel, MS 39440-4170 |
| 5705872 | | Sunbelt FCU, Attn: Bankruptcy, 6885 Us Hwy 49, Hattiesburg, MS 39402 |
| 5705875 | + | Waynesboro Finance, 714 Spring St, Waynesboro, MS 39367-2709 |
| 5706219 | | Wesley Health System, LLC dba Merit Health Wesley, c/o David L. Mendelson, Esq., Mendelson Law Firm, P.O. Box 17235, Memphis, TN 38187-0235 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: acrawford@socofcu.org | Oct 28 2026 20:21:00 | SOUTHERN COASTAL FCU, PO BOX 503, BILOXI, MS 39533-0503 |
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Oct 28 2026 20:22:00 | Sunbelt Federal Credit Union, 6885 US Highway 49, Hattiesburg, MS 39402-7807 |
| 5705854 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 28 2026 20:27:14 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5705856 | ^ | MEBN | Oct 28 2026 20:17:45 | Atlas Credit Card, Attn: Bankruptcy, 300 Coventry Road, Kensington, CA 94707-1214 |
| 5717506 | + | Email/Text: notices@jhoodlaw.com | Oct 28 2026 20:22:00 | B. Joey Hood, II, Esq., B. Joey Hood II, Attorney at Law, PLLC, Atty for Family Choice Financial, Inc., Post Office Box 759, Ackerman, MS 39735-0759 |
| 5705859 | | Email/Text: info@cmbfinancialservices.com | Oct 28 2026 20:21:00 | Cmb Fin Serv, 325 West Pine St, Hattiesburg, MS 39401 |
| 5705858 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 28 2026 20:27:12 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5705860 | + | Email/Text: acrawford@socofcu.org | Oct 28 2026 20:21:00 | Coastal Cu, P.o. Box 503, Biloxi, MS 39533-0503 |
| 5705862 | | Email/Text: rrush@familychoicefinancial.com | Oct 28 2026 20:21:00 | Family Choice Financia, 3208 Service Dr, Ste E, Pearl, MS 39208 |
| 5732983 | + | Email/Text: rrush@familychoicefinancial.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 28 2026 20:21:00 | Family Choice Financial, Inc.-Waynesboro, 801 Court St, Waynesboro, MS 39367-2429 |
| 5723768 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5705864 | + | Email/Text: ebone.woods@usdoj.gov | Oct 28 2026 20:22:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5705863 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2026 20:22:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5719772 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 20:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5705865 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2026 20:22:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5705866 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:19 | LVNV Funding LLC, Resurgent Capital Servi, Po Box 1269, Greenville, SC 29602-1269 |
| 5717336 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 20:27:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5705867 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 28 2026 20:22:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5737961 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 28 2026 20:22:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5705868 | + | Email/PDF: cbp@omf.com | Oct 28 2026 20:27:12 | OneMain, Po Box 1010, Evansville, IN 47706-1010 |
| 5713778 | | Email/PDF: cbp@omf.com | Oct 28 2026 20:27:23 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5710557 | + | Email/Text: acrawford@socofcu.org | Oct 28 2026 20:21:00 | SOUTHERN COASTAL FEDERAL CREDIT UNION, PO BOX 503, BILOXI, MS 39533-0503 |
| 5705873 | | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5723810 | + | Email/Text: bankruptcycourt@towerloan.com | Oct 28 2026 20:21:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5705874 | ^ | MEBN | Oct 28 2026 20:17:53 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5728116 | + | Email/Text: bk@worldacceptance.com | Oct 28 2026 20:22:00 | World Acceptance Corp., World Acceptance Corp. Attn: Bankruptcy, PO Box 6429, Greenville, SC 29606-6429 |
| 5705876 | + | Email/Text: bk@worldacceptance.com | Oct 28 2026 20:22:00 | World Finance, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Family Choice Financial, Inc. - Laurel Branch, 1717 Gilbreath Drive, Laurel, MS 39440-1804 |
| 5705857 | ##+ | Burch Financial, 956 N 16th Ave, Laurel, MS 39440-3362 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Laurel Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darian Lamar Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−51271−KMS
**Chapter:** 13

**In re:**

Darian Lamar Brown
822 E 7th St
Laurel, MS 39440

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 10/28/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 28, 2026

Danny L. Miller, Clerk of Court