**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **DARIAN LAMAR BROWN** | **CASE NUMBER: 26-51271 KMS** |

---

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**DARIAN LAMAR BROWN, DEBTOR,**
**RICKEY K. PITTMAN, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

---

**ORDER GRANTING MOTION FOR TERMINATION OF §1301 CO-DEBTOR STAY**

---

THIS MATTER COMES before the Court upon Motion for Termination of §1301 Co-Debtor Stay filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 25). After notice, no response was filed. The Court finds that the Motion is well taken and should be granted. Sunbelt asserts as follows:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11

U.S.C. §105, and 11 U.S.C. §1301, and related code sections and rules.

2.

On August 5, 2025, Darian Lamar Brown ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

Prior to the filing of the bankruptcy petition, on July 7, 2023, the Debtor and Rickey K. Pittman executed a Loan Disclosure, Promissory Note and Security Agreement to Sunbelt in the amount of $8,947.37.

4.

The note is unsecured. The Debtor is not paying the loan. Rickey K. Pittman is a co-debtor. The balance due as of October 6, 2026 was $1,699.61 with a per diem of $0.78.

5.

Sunbelt requests that the §1301 co-debtor stay be terminated to allow Sunbelt to collect its loan from Rickey K. Pittman.

6.

On October 13, 2026, Sunbelt filed its Motion for Termination of §1301 Co-Debtor Stay (Docket No. 25). After notice, no response was filed.

THEREFORE, IT IS ORDERED that Sunbelt Federal Credit Union's Motion for Termination of§1301 Co-Debtor Stay is hereby granted. The §1301 co-debtor stay is terminated as

to Rickey K. Pittman. Sunbelt Federal Credit Union is allowed to pursue collection of its loan from Rickey K. Pittman.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Anna Claire Henderson, MSB #106230
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com