# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi (Gulfport-6 Divisional Office)

IN RE: Darian Lamar Brown

Case # 26-51271
Chapter 13 Proceedings

**NOTICE OF WITHDRAWAL OF TOWER LOAN OF MISSISSIPPI'S PROOF OF CLAIM (12-1)**

Tower Loan of Mississippi, LLC pursuant to the Federal Rule of Civil Procedure 41(a) files this Notice of Withdrawal of Tower Loan of Mississippi's Proof of Claim (12-1) in the above referenced case number.

Dated this 20th day of November 2026

Tower Loan of Mississippi, LLC

By: /s/ Joseph McDaniel
Its Attorney

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing Notice of Withdrawal Interest to the following:

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com
Attorney at Law

Office of the U. S. Trustee
USTPRegion05.JA.ECF@usdoj.go

David Rawlings
ecfnotices@rawlings13.net
Chapter 13 Trustee

Dated this 20th day of November 2026

Tower Loan of Mississippi, LLC

By: /s/ Joseph T. McDaniel
Its Attorney

Joseph T. McDaniel
MSB#: 106499
406 Liberty Park Court
P.O. Box 320001
Flowood, MS 39232
Email : jmcdaniel@towerloan.com
Telephone: 601-992-0936
Facsimile: 601-992-5176