United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51271-KMS
Darian Lamar Brown Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 18, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Darian Lamar Brown, Rickey K. Pittman, 822 E 7th St, Laurel, MS 39440-3604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Waynesboro Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. - Laurel Branch cynthiah@jhoodlaw.com, notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darian Lamar Brown trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY PROCEEDING** |
| **DARIAN LAMAR BROWN** | **CASE NUMBER: 26-51271 KMS** |

**SUNBELT FEDERAL CREDIT UNION**

**VS.**

**DARIAN LAMAR BROWN, DEBTOR,**
**RICKEY K. PITTMAN, CO-DEBTOR,**
**AND**
**DAVID RAWLINGS, CHAPTER 13 TRUSTEE**

**ORDER GRANTING MOTION FOR TERMINATION OF §1301 CO-DEBTOR STAY**

THIS MATTER COMES before the Court upon Motion for Termination of §1301 Co-Debtor Stay filed by Sunbelt Federal Credit Union ("Sunbelt") (Docket No. 25). After notice, no response was filed. The Court finds that the Motion is well taken and should be granted. Sunbelt asserts as follows:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 28 U.S.C. §157, 11

U.S.C. §105, and 11 U.S.C. §1301, and related code sections and rules.

2.

On August 5, 2025, Darian Lamar Brown ("Debtor") filed his petition under Chapter 13 of the United States Bankruptcy Code before the United States Bankruptcy Court for the Southern District of Mississippi. David Rawlings was appointed the Chapter 13 Trustee.

3.

Prior to the filing of the bankruptcy petition, on July 7, 2023, the Debtor and Rickey K. Pittman executed a Loan Disclosure, Promissory Note and Security Agreement to Sunbelt in the amount of $8,947.37.

4.

The note is unsecured. The Debtor is not paying the loan. Rickey K. Pittman is a co-debtor. The balance due as of October 6, 2026 was $1,699.61 with a per diem of $0.78.

5.

Sunbelt requests that the §1301 co-debtor stay be terminated to allow Sunbelt to collect its loan from Rickey K. Pittman.

6.

On October 13, 2026, Sunbelt filed its Motion for Termination of §1301 Co-Debtor Stay (Docket No. 25). After notice, no response was filed.

THEREFORE, IT IS ORDERED that Sunbelt Federal Credit Union's Motion for Termination of§1301 Co-Debtor Stay is hereby granted. The §1301 co-debtor stay is terminated as

to Rickey K. Pittman. Sunbelt Federal Credit Union is allowed to pursue collection of its loan from Rickey K. Pittman.

## END OF ORDER ##

Submitted by:

s/Derek A. Henderson
Derek A. Henderson, MSB #2260
Anna Claire Henderson, MSB #106230
Attorney for Sunbelt Federal Credit Union
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
(601) 948-3167
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com